IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Mag. J. No. 24-mj-236 |
| | * | |
| BRANDON TIMOTHY MORRISON | * | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Joshua Coleman, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **Brandon Timothy MORRISON**. All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2. I am a Task Force Officer for the Federal Bureau of Investigation ("FBI") assigned to the Mobile Field Division Southern District of Alabama Safe Streets Task Force with special deputization powers to investigate violations of Titles 18 and 21 of the United States Code. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I am also certified by the Alabama Police Officer Standards and Training Commission ("APOSTC") as a law enforcement officer as defined in Alabama 36-21-40 and as a part of my sworn duties are to investigate, apprehend, and assist in the prosecution for violations of Alabama Criminal Laws found in Title 13A among other violations not specified as a part of the Criminal Code of Alabama.

3. I have been a Task Force Officer with the FBI since April of 2022. I am currently employed by the Mobile County Sheriff's Office ("MCSO") as a deputy and have been employed in that capacity since May of 2021. Prior to working for MCSO, I was employed for approximately 10 years with the Mobile Police Department ("MPD"), primarily as an investigator. I was also attached to the FBI SSTF as a member of MPD for approximately 3 years. As a Law Enforcement Officer, I attended the Alabama Peace Officers Standards and Training Commission (APOSTC) Academy in Mobile, Alabama, where I received instruction and training as a Law Enforcement Officer including training regarding firearms, emergency vehicle operation, the execution of search and arrest warrants, investigative techniques, and instruction on local, state, and federal criminal law. I have received advanced training in various types of investigations to include but not limited to narcotics investigations. I am familiar with methods employed by narcotics traffickers, distributors, smugglers, and users. My duties and responsibilities as a Task Force Officer include conducting criminal investigations of individuals and entities for possible violations of Federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code. I also have a duty and responsibility to conduct investigations into violations of the Criminal Code of Alabama.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and others associated with this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violation of 18 United States Code 875(c), Interstate Communication of a Threat to Kidnap or Injure, has been committed by MORRISON in the Southern District of Alabama.

**PROBABLE CAUSE**

6. On or around December 19, 2022, MORRISON's mother, P.M., dropped off a Christmas card to the FOX10 News station located at 1501 Satchel Paige Drive in Mobile, Alabama. The card was addressed to and given to FOX10 meteorologist, J. L. The card contained $175 in cash and a handwritten note from MORRISON. The note is pictured below.



7. On or around February 14, 2023, P.M dropped off a Valentine's card, a bouquet of roses, and a box of chocolates to the FOX10 station for J.L. The card, pictured below, contained $100 in cash, along with a handwritten note from MORRISON to J.L. Shortly after the delivery, P.M was contacted to return the gifts. P.M. returned to the station to retrieve the money.



8.      On or around May 7, 2023, MORRISON left two comments on J.L's professional Facebook page:

**11:32**
◂ Calendar                                    5G

‹ Back            **Comments**

I don't care who she think she is. I got her some Flowers and some candy for her little girl and no telling what type of stuff she has told people cause everywhere I go they act like they attached too you. But I'm gonna say this one time, don't be walking around me mugging over one woman that everyone is desperate over. I gave her a gift and now people act like they got a problem. Don't come nowhere near me with that. What I look like staying up all night learning from her and being her top fan and now people wanna put things in there perspective. Don't act like your nice then you just wanna be hateful just because you can. You get a gift from me and nothing but hateful vibes been coming my way. You love thunderstorms.. you sure that's the way you wanna act? So the ones that's mad for no reason. I'm not desperate and your not gonna make me someone I'm not. Come around me acting hateful over a female if you want. I don't threaten either. I'm a grown man that has responsibilities. Keep the attitudes and them hateful vibes away from me. Looking at me like I got a problem. People disrespect her name I've done nothing but take up for this woman.

Write a comment...





9. On or around July 10, 2024, MORRISON commented under J.L.'s professional Facebook page:



10. On or around July 12, 2024, J.L. received a handwritten letter from MORRISON:



Hi :) It's your fan
Brandon

Dear Mrs ▮

I wanted to write you a letter because you have been on my mind 24/7. I am Fox 10 fan and I enjoy watching the weather forecast. I just wanted to write you a sweet letter because of your hard work. I am proud of you + thanks for making me smile like a christian man should smile. Watching you brings Happiness to my life. Yea by the way I use to play avakin if you was curious?? If you use to play avakin was your name Zed Brown? If so then you are one of my good friends. I am going to start back playing Avakin once I take care of all my life Buisness. I had to get on some Medication cause said I wasn't Happy. Most of my Medication is for my anxiety, lol. Anyways I am actually starting to like a loving man. I love your videos on Youtube btw. I could go on and on but I don't want to irritate a righteous woman. If possible I would be honored to get your Autograph. I wanted to write you a letter because it means more to me. Well I was curious that you must be fasting cause I can hear your clean voice. Please be careful on the things you say on TV cause I heard you say been me over and that hurt my feelings. Please don't let the Guys get in your panties.



I really care about your feelings. In the Bible it talks about the whore. Don't let that be you. I really look up to you. Don't let noone know you fast either. I love that picture of you and your Daughter at Disney World. You look beautiful in your pictures. Don't let these men get in your mind and no your not the Heavenly whore. I fell for you while I was in Jail doing time. I am Blessed to be out of Jail. I have a son that is twelve, he passed away when he was six years old and I have a little Girl that is ten. She is in Kentucky with my childrens mother. We couldn't get along. Anyways yes I got your name on my neck. I shouldve asked but you meant alot to me. You seem like a mean person but I know your sweet on the inside. The Heart is Hate so don't let your Heart be that. Don't be satan either. Nor a Prostitute. Be that new Bridegroom and have Happiness forever everlasting. I would like to become pure in my flesh and not be that young lamb. Nor be double minded. At first I wanted to become a Royal King but I am just going to start a new chapter in my life a be strict on my diets and find someone I can do a real offering maybe. I really want to become pure in flesh a diet on my food and make my Drinks pure. That drink looked delicious that you had.



If you are fasting please don't tell noone your fasting and I know you love to talk but multiplying words thee. Your a christian woman. I really like our riches out there. Anyways be carefull on that rock monster stuff because men think totally different. Your are very important to me and I don't want noone to ruin that. You are one of my Idols and I worship you. I hope you received them donuts that I told mum to drop off. I hope you like my letter because you really mean alot to me and if you are using any type of apps or anything to talk or mess with people then I want you to stop. I wish I could cut your hair and we become pure but that isn't the righteous choice. My last Job was at Austal, I can't work at the moment cause my Daughter wanted me to file for insurance then maybe I can work once my income start flowing in a few weeks. But anyways My name is Brandon Morrison and I wanted to write you Happiness to let you know some Guy thinks you are a person that I worship. I Honor thy Mother and the way you are I just had to write you. I feel like your my Ancestor in Christ. I hate which craft and guess what, my mother boyfriend has a Buddha statue



11. On or around July 15, 2024, MORRISON posted multiple times on J.L.'s professional Facebook page:





12. Also, on or around July 15, 2024, MORRISON made a Facebook post about killing J.L.:



13.     J.L. was interviewed by investigators, and she stated that she fears for her safety from MORRISON and that when she read the post, she believed it to be a credible threat to her life, and it placed her in fear of death or serious bodily injury.

14. Due to the nature and consistent fixation on J.L., there is an ever-increasing concern that MORRISON may commit an act of violence towards her. Based on the forementioned information there is a growing concern that MORRISON's mental health is deteriorating significantly and a propensity for violence is potentially increasing. In addition to the affiant's concern for public safety, there is also a concern for the safety of law enforcement officers.

**Facebook results:**

15. A subpoena was served to Meta Inc. who is the parent company for the social media platform "Facebook," for the user information for the "Brandon Morrison" Facebook profile. On September 4, 2024, Meta Inc. provided the results and the listed owner of the account was Brandon Morrison and there were (2) two verified email addresses associated with the account, bmorrisonsrr@gmail.com and beexmorrison@gmail.com. Meta Inc. is headquartered in Menlo Park, California to include their servers for Facebook. Therefore, any activity engaged on Facebook would route through Menlo Park, California thus, establishing an interstate nexus for the communication. Importantly, MORRISON has also admitted to making the post in ¶ 12.

16. Title 18 United States Code 875(c) makes it a crime for a person to transmit "in interstate or foreign commerce any communication containing a threat to kidnap any person or any threat to injure the person of another. . ."

17. Based on the foregoing, Affiant respectively submits there is probable cause to believe violation of 18 United States Code 875(c), **Interstate Communication of a Threat**, has been committed by MORRISON in the Southern District of Alabama.

18. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **Brandon Timothy MORRISON**.

Dated September 10, 2024.

Respectfully submitted,

_____
Joshua Coleman
Task Force Officer
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS DAY
September 11th, 2024.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2024.09.11 11:31:15 -05'00'

_____
HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE